# Court of Appeals

## Tenth Appellate District of Texas

10-25-00304-CV

In re Todd Warren Altschul

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Todd Warren Altschul's petition for writ of mandamus filed on August 28, 2025 is DENIED.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: September 18, 2025

Before Justice Smith and
     Justice Harris
Petition denied
Do not publish
OT06

